United States District Court
Southern District of Texas
**ENTERED**
July 07, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

GABRIELA DEL CASTILLO

vs.

HEALTHCARE REVENUE RECOVERY GROUP, LLC d/b/a ARS ACCOUNT RESOLUTION SERVICES,

C. A. No. H- 4:20-cv-01680

## SCHEDULING/DOCKET CONTROL ORDER

Anticipated Length of Trial: __1__ Days         Jury:_____   Non-Jury:__x__

1. NEW PARTIES shall be joined by:                                  October 5, 2020
   The Attorney causing the addition of new parties will
   provide copies of this Order to new parties.

2. EXPERT WITNESSES for the PLAINTIFF will be
   identified by a report listing the qualifications of each
   expert, each opinion that the expert will present, and the
   basis for it. DUE DATE:                                          December 8, 2020

3. EXPERT WITNESSES for the DEFENDANT will be
   identified by a report listing the qualifications of each
   expert, each opinion that the expert will present, and the
   basis for it. DUE DATE:                                          January 12, 2021

4. DISCOVERY must be completed by:                                  April 19, 2021
   Written discovery requests are not timely if they are filed
   so close to this deadline that the recipient would not be
   required under the Federal Rules of Civil Procedure to
   respond until after the deadline.

5. DISPOSITIVE AND NON-DISPOSITIVE MOTIONS                          May 17, 2021
   (except motions *in limine*) will be filed by:
                                                                    (Due 90 Days Prior to Trial Date)

6. JOINT PRETRIAL ORDER and MOTIONS *IN LIMINE*                     August 9, 2021
   (The Court will fill in this date)
                                                                    (Due Monday one week before trial)

7. TRIAL will begin at     . .                                      August 16, 2021 at 9:00 a.m.
                                                                    (15 Months from date case is filed)

__7/7/2020__                              _/s/ Keith P. Ellison_
Date                                      Keith P. Ellison
                                          United States District Judge

__7/7/2020__                              _Taylor L. Kosla_
Date                                      Counsel for Plaintiff(s)

__7/7/2020__                              _Yesha Patel_
Date                                      Counsel for Defendant(s)