# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| GABRIELA DEL CASTILLO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:20-cv-01680 |
| ) | |
| ) | |
| HEALTHCARE REVENUE RECOVERY ) | |
| GROUP, LLC, d/b/a ARS ACCOUNT ) | |
| RESOLUTION SERVICES, ) | |
| ) | |
| Defendant. ) | |

## **STIPULATION TO DISMISS**

Plaintiff, GABRIELA DEL CASTILLO, and Defendant, HEALTHCARE REVENUE RECOVERY GROUP, LLC d/b/a ARS ACCOUNT RESOLUTION SERVICES, through their respective counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, both sides to bear their own fees and costs.

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| By: /s/ Taylor L. Kosla | By: /s/Yesha P. Patel |
| Taylor L. Kosla | Yesha P. Patel |
| SBN: 6327180 | State Bar No. 24098228 |
| Agruss Law Firm, LLC | Thompson, Coe, Cousins, & Irons, L.L.P. |
| 4809 N. Ravenswood Ave, Suite 419 | ypatel@thompsoncoe.com |
| Chicago IL 60640 | Plaza of the Americas |
| Tel: 312-224-4695 | 700 N. Pearl Street, 25th Floor |
| Fax: 312-253-4451 | Dallas, Texas 75201-2832 |
| taylor@agrusslawfirm.com | Tel.: (214) 871-8200 |
| Attorney for Plaintiff | Fax: (214) 871-8209 |

1

## **CERTIFICATE OF SERVICE**

I certify that on January 8, 2021, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ Taylor L. Kosla
      Taylor L. Kosla