United States District Court
Southern District of Texas
**ENTERED**
January 08, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GABRIELA DEL CASTILLO, § § Plaintiff, § VS. § HEALTHCARE REVENUE RECOVERY § GROUP, LLC; dba ARS ACCOUNT § RESOLUTION SERVICES, § § Defendants. | CIVIL ACTION NO. 4:20-cv-1680 |

## ORDER

The parties in this case have jointly filed a Stipulation of Dismissal with Prejudice. (Doc. 12). In accordance with that agreement and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk is directed to **CLOSE** this case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 8th day of January, 2021.

_____
HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE